ARTHUR et al., Respondents, v. LEAVITT, Appellant.

(Supreme Court, General Term, First Department. January 13, 1893.)

Appeal from trial term, New York county.
Action by Joseph Arthur and another against Michael B. Leavitt. From an order denying his motion to open his default and to vacate and set aside a judgment entered thereon against him, defendant appeals. Affirmed.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Dittenhoefer & Gerber, for appellant.
Wm. D. Leonard, for respondents.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

---

SOUTHARD, Appellant, v. HAMMOND, Respondent.

(Supreme Court, General Term, First Department. January 13, 1893.)

Appeal from special term, New York county.
Action by Charles H. Southard against Charles A. Hammond to recover $500 on two notes given to plaintiff by defendant on his purchase of a horse and wagon. Judgment was entered against defendant by default, and, from an order setting aside such judgment and allowing defendant to answer, plaintiff appeals. Affirmed.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Cornell, Secor & Page, (Horace Secor, Jr., of counsel,) for appellant:
Henry W. Bates, for respondent.

PER CURIAM. We see no reason for interfering with the order appealed from. The order should be affirmed, with $10 costs and disbursements.

---

F. KROEBER CLOCK CO., Respondent, v. CASSAL, Appellant.

(Supreme Court, General Term, First Department. January 13, 1893.)

Appeal from special term, New York county.
Action by F. Kroeber Clock Company against Emma H. Cassal. From an order at special term denying defendant's motion for a change of the place of trial for the convenience of witnesses from the county of New York to the county of Chemung, defendant appeals. Affirmed.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

Knipp & Clarke, (Roswell R. Moss, of counsel,) for appellant.
Geo. Carlton Comstock, for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.